IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
ASHEVILLE, N.C.
AUG 3 1 2006
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN RE: ASBESTOS PRODUCTS )
LIABILITY LITIGATION )
(NO. VI) )
)
)
This Document Relates To: )   CIVIL ACTION NO. MDL 875
)

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

GARY HENDRIX, Executor of the )
Estate of ROBERT L. HENDRIX.; )
)
Plaintiff, )
)
vs. )   CIVIL ACTION NO:
)   3:99-CV-170-T
Aqua-Chem, et al., )
)
Defendants. )

## ORDER

Plaintiff's Motion to Dismiss With Prejudice her complaint against Georgia-Pacific Corporation, having been read and considered,

IT IS HEREBY ORDERED AND ADJUDGED that the same is granted on the grounds set forth in Plaintiff's Motion.

This 14th day of August, 2006.

_____
U.S. District Judge
**James T. Giles**

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Moffatt Laughlin McDonald
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

and I hereby certify that I have mailed the document to the following non CM/ECF participants:

(NONE)

This the 6th day of July, 2006.

                                                            /s/ E. Spencer Parris
                                                            E. Spencer Parris, Esq.
                                                            N.C. State Bar No. 011042
                                                           J. Michael Riley, Esquire
                                                           N.C. State Bar No. 18396
                                                           Attorneys for Plaintiff

                                                            Jones Martin Parris and Tessener Law Offices
                                                           410 Glenwood Ave., Suite 200
                                                           Raleigh, NC 27603
                                                           (919) 821-0005

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) ) ) |
| This Document Relates To: | ) )   CIVIL ACTION NO. MDL 875 ) |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| GARY HENDRIX, Executor of the Estate of ROBERT L. HENDRIX.; | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | )   CIVIL ACTION NO: )   3:99-CV-170-T |
| Aqua-Chem, et al., | ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of Plaintiff's Dismissal With Prejudice and Proposed Order to all Counsel of Record:

This the 6th day of July, 2006.

             /s/ E. Spencer Parris
             E. Spencer Parris, Esq.
             North Carolina Bar No. 011042
             Attorney for Plaintiff

Martin & Jones
410 Glenwood Avenue
Suite 200
Raleigh, N.C. 27603